IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | )<br>) |
| v. | ) CR. NO. 2:07CR231-TFM<br>) (18 U.S.C. 641) |
| **JOSHUA S. STIERS** | )<br>)<br>) **INFORMATION**<br>) |

The United States Attorney charges:

## COUNT

On or about the 7th day of January 2007, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **JOSHUA S. STIERS** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

_/s/ Kent Brunson_
KENT BRUNSON
Assistant United States Attorney

_/s/ Reese H. Hays III_
REESE H. HAYS III
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

STATE OF ALABAMA            )
                            )        **AFFIDAVIT**
COUNTY OF MONTGOMERY        )

The undersigned, being first duly sworn, deposes and says:

    I, ROBERT G. SMITH, was employed by the Army Air Force Exchange Service (AAFES) at Maxwell Air Force Base as a store detective. I am currently assigned to Barksdale Air Force Base in Louisiana. On or about 7 January 2007, via closed circuit monitors, I observed JOSHUA S. STIERS in the Base Exchange (BX) with an X-Box Live package in his hand. STIERS went to a secluded area of the BX, but someone came near so he went to another aisle. He opened the box, took out the head phones and papers, stuck the items in his pants, discarded the packaging and left the BX without paying for anything. I detained him in the lobby area, identified him and escorted him to the security office. Once in the security office, STIERS voluntarily gave up the head phones and papers. Security Forces was called and responded. STIERS was transported to the Law Enforcement Desk for further processing. The value of the X-Box pack was $49.95.

                                                              ROBERT G. SMITH

Subscribed and sworn to before me this 17th day of September, 2007.

                                                              Notary Public

AUDREY FAYE GRIFFIN
Notary Public
STATE OF ALABAMA

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS