### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CR. No.: 2:07cr231-TFM** |
| | ) | |
| **JOSHUA S. STIERS** | ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

NOW COMES the Defendant, **JOSHUA S. STIERS,** by and through undersigned counsel,

Kevin L. Butler, and pursuant to 18 U.S.C. §§3161(h)(2) and 3161( h)(8)(B)(I), respectfully moves

this Court to continue the trial of this action from the present trial date of January 14, 2008, to allow

for the final consideration/resolution of pretrial diversion in this matter.  In support of this Motion,

defendant would show:

1.      Mr. Stiers has been charged by indictment in this district with theft of government

property in violation of 18 U.S.C. §641.

2.      The Special Assistant United States Attorney has approved Mr. Stiers for pretrial

diversion.

3.      This case will now be referred to the United States Probation Office for completion

of the pretrial diversion "work up".  Once the work up is completed, the government will file its

Motion to Dismiss the Information.

4.      Because prosecution will be deferred/diverted, pursuant to the agreement upon the

final work up, it is in the interest of justice to continue trial in this matter so as to allow the parties

more time to finalize Mr. Stiers' diversion agreement.   18 U.S.C. §§ 3161(h)(2) and

3161(h)(8)(B)(I).

     5.     The Government, through Assistant United States Attorneys, Reese H. Hays, III, has

no opposition to the granting of a continuance.

     WHEREFORE, defendant respectfully requests that this Motion be granted.

          Respectfully submitted,


          s/ Kevin L. Butler
          KEVIN L. BUTLER
          First Assistant Federal Defender
          201 Monroe Street, Suite 407
          Montgomery, Alabama 36104
          Phone: (334) 834-2099
          Fax: (334) 834-0353
          E-mail: kevin_butler@fd.org
          AZ Bar Code: 014138

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CR. No.: 2:07cr231-TFM** |
| | ) | |
| **JOSHUA S. STIERS** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Kent Brunson, Esquire and Reese H. Hays, III, Esquire.


Respectfully submitted,


s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138