IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OR AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-231-TFM |
| | ) | |
| **JOSHUA S. STIERS** | ) | |

## MOTION FOR LEAVE TO DISMISS INFORMATION

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Information without prejudice heretofore filed in the above styled cause on the grounds, to wit:  <u>Entry into the Pre-Trial Diversion Program.</u>

Respectfully submitted this the 5th day of March, 2008.

> Respectfully submitted,
>
> LEURA GARRETT CANARY
> UNITED STATES ATTORNEY
>
> **s/Reese H. Hays III**
> REESE H. HAYS III
> Special Assistant United States Attorney
> 42 ABW/JA
> 50 LeMay Plaza South
> Maxwell AFB, AL  36112-6334
> Telephone:  334-953-2786
> Fax:  334-953-2787
> E-Mail: Reese.Hays@maxwell.af.mil

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 5th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such to counsel of record.

> **s/Reese H. Hays III**
> REESE H. HAYS III
> Special Assistant United States Attorney
> 42 ABW/JA
> 50 LeMay Plaza South
> Maxwell AFB, AL  36112-6334
> Telephone:  334-953-2786
> Fax:  334-953-2787
> E-Mail: Reese.Hays@maxwell.af.mil

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OR AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO.  2:07-cr-231-TFM** |
| | ) | |
| **JOSHUA S. STIERS** | ) | |

**ORDER**

   Upon consideration of the Motion for Leave to Dismiss Original Information as to JOSHUA S. STIERS heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby granted.  It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

   Done this ____ day of  March,  2008.

                              _____
                              TERRY F. MOORER
                              UNITED STATES MAGISTRATE JUDGE